# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| THOMAS WHITE, et al., | ) | |
| Plaintiffs, | ) | Case No. 2:12-cv-01893-LRH-PAL |
| vs. | ) | **ORDER** |
| YOLANDA DYESS, et al., | ) | |
| Defendants. | ) | |

The undersigned conducted a scheduling conference on January 29, 2013, regarding the parties' stipulated proposed Discovery Plan and Scheduling Order (Dkt. #6). Kristina Hillman appeared telephonically on behalf of Plaintiffs. Defendants Rosemary Phillips, Stephany Shelby, and Yolanda Dyess appeared pro se.

The court summarized the previous filing and nature of this case and noted that the Petition for Removal did not attach all prior pleadings from the underlying action. Specifically missing from the Petition for Removal was the original complaint. The court then heard from each of the parties regarding their discovery needs, discovery completed to date, and Plaintiffs' request to a stay discovery. All three Defendants oppose a stay of discovery. The court finds Plaintiffs have not established good cause for a stay and will deny the oral request without prejudice to filing a motion for protective order if Plaintiffs believe Defendants' discovery request are unduly burdensome and Plaintiffs' establish good cause for a protective order under Rule 26(c).

Both sides agreed 90 days was enough time to complete discovery. The court will therefore grant the parties 90 days from the date of the hearing to complete discovery.

**IT IS ORDERED** that:

1. The removing party shall file a supplement with the court that shall include any prior

        pleadings filed in state court before removal, including the original complaint, that were inadvertently omitted;

2. Defendants shall make their initial disclosures by **February 12, 2013**;

3. Plaintiffs' oral request for a stay of discovery on the counterclaims is Denied;

4. The following discovery plan and scheduling order dates shall apply:

    a. Last date to complete discovery: **April 29, 2013.**

    b. Last date to amend pleadings and add parties: **Time has expired.**

    c. Last date to file interim status report: **February 28, 2013.**

    d. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **April 1, 2013.**

    e. Last date to disclose rebuttal experts: **April 1, 2013.**

    f. Last date to file dispositive motions: **May 29, 2013.**

    g. Last date to file joint pretrial order: **June 28,. 2013.** In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

5. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

6. Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. All motions or stipulations to extend discovery shall be received no later than **4:00 p.m., April 8, 2013,** and shall fully comply with the requirements of LR 26-4.

Dated this 30th day of January, 2013.

_____
Peggy A. Leen
United States Magistrate Judge