UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| THOMAS WHITE AND LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 872, AFL-CIO, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 2:12-cv-01893-APG-NJK |
| vs. | ) ) | |
| YOLANDA DYESS, ROSEMARY PHILLIPS, and STEPHANY SHELBY, | ) ) ) ) | **O R D E R** |
| Defendants. | ) ) | |

   Before the Court is the Defendants' Motion for Extension of Time to File Responsive Pleading filed on May 9, 2013. Docket No. 26. The motion requests to extend the deadline to file a responsive pleading to the Motion for Partial Summary Judgment, Docket No. 21, by 31 days from May 10, 2013, to June 10, 2013.

   Pursuant to LR 6-1, requests for extensions of time filed before the expiration of the specified period must be supported by good cause and state the reasons for the requested extension. The Defendants explain in their motion that they did not retain counsel until May 8, 2013, and thus need additional time to respond. Accordingly, the Court finds that the Defendants have shown good cause.

   Having reviewed the matter, and for good cause shown,

   **IT IS HEREBY ORDERED** that the Defendants' Motion for Extension of Time to File Responsive Pleading (#26) is **GRANTED.**

   DATED: May 10, 2013

_____
**NANCY J. KOPPE**
**United States Magistrate Judge**