# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

THOMAS WHITE AND LABORERS
INTERNATIONAL UNION OF NORTH
AMERICA, LOCAL 872, AFL-CIO,

        Plaintiff,

vs.

YOLANDA DYESS, ROSEMARY
PHILLIPS, and STEPHANY SHELBY,

        Defendants.

2:12-cv-01893-APG-NJK

**O R D E R**
(IFP App - Dkt. #1)

Defendant Yolanda Dyess requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis,* (Dkt. #1) by submitting an application to proceed in *in forma pauperis* on November 5, 2012. However, as a defendant in this matter, it is unclear what fees she needs waived. Further, her application is almost entirely deficient under 28 U.S.C. § 1915. Additionally, Dyess has since retained counsel. Thus, it appears as though the request was filed in error.

Accordingly,

**IT IS ORDERED:**

1. Defendant Dyess' Application to Proceed *In Forma Pauperis* is DEEMED WITHDRAWN.
2. Plaintiff may file a new Application to Proceed *In Forma Pauperis* which complies with 28 U.S.C. § 1915, no later than May 24, 2013.
3. Alternatively, Defendant Dyess may file notice with the Court that she does not seek to proceed *In Forma Pauperis,* no later than May 24, 2013.

Dated this 10th day of May, 2013.

_____
**NANCY J. KOPPE**
**UNITED STATES MAGISTRATE JUDGE**