# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS WHITE AND LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 872, AFL-CIO,<br><br>                     Plaintiff,<br><br>vs.<br><br>YOLANDA DYESS, ROSEMARY PHILLIPS, and STEPHANY SHELBY,<br><br>                     Defendants. | 2:12-cv-01893-APG-NJK<br><br>**O R D E R**<br>(IFP App - Dkt. #1) |

Defendant Yolanda Dyess requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis,* (Dkt. #1) by submitting an application to proceed in *in forma pauperis* on November 5, 2012. However, as a defendant in this matter, it is unclear what fees she needs waived. Further, her application is almost entirely deficient under 28 U.S.C. § 1915. Additionally, Dyess has since retained counsel. Thus, it appears as though the request was filed in error.

Accordingly,

**IT IS ORDERED:**

1. Defendant Dyess' Application to Proceed *In Forma Pauperis* is DEEMED WITHDRAWN.
2. Plaintiff may file a new Application to Proceed *In Forma Pauperis* which complies with 28 U.S.C. § 1915, no later than May 24, 2013.
3. Alternatively, Defendant Dyess may file notice with the Court that she does not seek to proceed *In Forma Pauperis,* no later than May 24, 2013.

Dated this 10th day of May, 2013.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE