# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS WHITE, and LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 872, AFL-CIO<br><br>Plaintiffs,<br><br>v.<br><br>YOLANDA DYESS, an individual, ROSEMARY PHILLIPS, an individual, and DOES 1 through 10.<br><br>Defendants. | Case No. 2:12-CV-01893-APG-NJK<br><br>**ORDER REMANDING CASE TO STATE COURT** |

On March 10, 2014, the Court entered its Order [Dkt. #46] requiring the parties to file briefs explaining why this case should not be remanded to state court. Defendants filed no brief. Plaintiffs responded that they did not object to a remand to state court. [Dkt. #47.] As discussed in the March 10, 2014 Order, this Court lacks subject matter jurisdiction over this case. Accordingly, it must be remanded to the appropriate Nevada state court.

IT IS HEREBY ORDERED that this matter is remanded to the Nevada state court.

DATED this 28th day of March, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE